Decided September 15, 1993

STATE OF CONNECTICUT *v.* JOHN YURCH

The state of Connecticut's petition for certification for appeal from the Appellate Court, 31 Conn. App. 688 (AC 11282), is granted, limited to the following issues:

"1. Did the Appellate Court properly reverse the judgment of the trial court by holding that this court's decision in *State* v. *Tatem,* 194 Conn. 594, establishes that the trial court's use of the word 'unreasonable' in

*The plaintiff's appeal was withdrawn January 3, 1994.

place of 'unfavorable' in instructing the jury under General Statutes § 54-84 (b) automatically requires reversal and a new trial?

"2. If the answer to question 1. is no, was the trial court's misstatement of the word 'unreasonable' in charging the jury under General Statutes § 54-84 (b), when viewed in the context of the jury charge as a whole and the evidence in the case, harmless beyond a reasonable doubt?"

The Supreme Court docket number is SC 14831.

*Stephen R. Park,* assistant attorney general-special assistant state's attorney, in support of the petition.